# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMI SARGENT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMONWEALTH OF PENNSYLVANIA, et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 3:13-CV-00730<br><br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 26th day of October, 2015, upon consideration of Defendant's motion in limine, and having heard from the parties on this issue, **IT IS HEREBY ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that Defendant's motion (Doc. 87), is **GRANTED IN PART and DENIED IN PART**. Specifically, Dr. McCauley's testimony is limited to the extent that it explicitly references the reasonableness or excessiveness of the force used. Dr. McCauley's testimony is permitted with respect to his knowledge, experience and law enforcement background; the prevailing use of force standards in the field of law enforcement; and whether the Defendant's use of force was in accord with the standardized police procedures given the facts of this case.

**Dated:** October 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**